| Expenses | | | 6 mons | | Mthly Avg. |
|---|---|---|---|---|---|
| | | | | | |
| Employee Payroll | | | 26,696.31 | | 4,449.38 |
| Payroll Taxes | | | 4,814.02 | | 802.33 |
| Telephone | | | 2,982.50 | | 497.08 |
| Utilities | | | 117.72 | | 19.62 |
| Insurance | | | 7,903.52 | | 1,317.25 |
| Bank Charges | | | 732.00 | | 122.00 |
| Accounting/Legal Fees | | | 2,350.00 | | 391.66 |
| Inventory/Material Purch | | | 87,617.59 | | 14,602.93 |
| Supplies/Office Exp. | | | 4,069.31 | | 678.21 |
| Auto Payment/lease | | | 10,786.06 | | 1,797.67 |
| Auto Expenses | | | 9,491.22 | | 1,581.87 |
| Subcontractors | | | 9,460.00 | | 1,576.66 |
| Other/Taxes/Loan Int. | | | 3,473.47 | | 578.91 |
| | | | | | |
| TOTAL | | | 170,493.72 | | 28,415.57 |

I certify that the foregoing is a true and
correct statement of the expenses of operating
CS Lombardi Contractors LLC and CSL Contractors
for the period from April 1, 2009 through
September 30, 2009. I understand that if
the foregoing is willfully false, I am subject
to punishment.

10-29-09

Charles C. Lombardi