| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT ELIADES & RAVIN LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ  07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866) | |
| In Re:<br><br>CHARLES C. LOMBARDI AND JENNIFER J. LOMBARDI,<br><br>                              Debtors. | Case No.:  09-38986 (RG)<br><br>Chapter:     7<br><br>Hearing Date: January 25, 2010<br>Hearing Time: 10:00 a.m. |

**APPLICATION IN SUPPORT OF TRUSTEE'S MOTION
OBJECTING TO DEBTORS' CLAIMED EXEMPTIONS**

**TO:  THE HONORABLE ROSEMARY GAMBARDELLA
         UNITED STATES BANKRUPTCY JUDGE**

The application of Charles M. Forman, the duly appointed chapter 7 trustee in the captioned case (the "Trustee"), through his proposed attorneys, Forman Holt Eliades & Ravin LLC, in support of the motion to fix limits to Debtors' claimed exemptions, respectfully represents the following:

**BACKGROUND**

1.      On October 29, 2009, Charles C. Lombardi and Jennifer J. Lombardi (the "Debtors") filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code").

2.      The Trustee was appointed on October 30, 2009, is duly qualified and is acting in that capacity.

3. The Debtors' Schedule C asserts exemptions in their interest in the following assets:

| Description of Property | Law Providing Exemption | Value of Claimed Exemption | Value of Property |
|---|---|---|---|
| Checking account with First Hope | 11 U.S.C. §522(d)(5) | $300.00 | $300.00 |
| Checking account with Sussex Bank | 11 U.S.C. §522(d)(5) | $200.00 | $200.00 |
| Time Share | 11 U.S.C. §522(d)(5) | $12,000.00 | $12,000.00 |
| Pending State Court Lawsuit | 11 U.S.C. §522(d)(5) | $0.00 | $0.00 |
| Interest in CS Lombardi Contractors, LLC | 11 U.S.C. §522(d)(5) | $0.00 | $0.00 |
| 529 Plan with Franklin Templeton | 11 U.S.C. §522(d)(5) | $3,384.20 | $3,384.20 |
| 529 Plan with Franklin Templeton | 11 U.S.C. §522(d)(5) | $3,297.72 | $3,297.72 |

**RELIEF REQUESTED**

4. The Trustee seeks entry of an order fixing the amount of the Debtors' exemptions to the amount stated in Schedule C of their bankruptcy Petition.

5. The Debtors' have claimed in full the amount of each of each asset exempt under 11 U.S.C. §522(d).

6. The Debtors' claimed exemptions would have the effect under current Third Circuit law of exempting the entire value of the assets regardless of their actual value. See, In re Reilly, 534 F. 3d 173, 179 (3d Cir. Pa. 2008) ("where the debtor signals her intention to exempt certain property in its entirety by listing an identical entry of the property's value and the amount of the exemption, the trustee must object pursuant to Rule 4003 lest the property be rendered fully exempt").

7. Thus, the exemption claimed by the Debtors' in the accounts would effectively allow the Debtors to exempt the full amount of the assets, regardless of their actual value.

8. Accordingly, it is respectfully requested Debtors' claimed exemptions be limited to the following amounts:

| Description of Property | Value of Claimed Exemption |
|---|---|
| Checking account with First Hope | $300.00 |
| Checking account with Sussex Bank | $200.00 |
| Time Share | $12,000.00 |
| Pending State Court Lawsuit | $0.00 |
| Interest in CS Lombardi Contractors, LLC | $0.00 |
| 529 Plan with Franklin Templeton | $3,384.20 |
| 529 Plan with Franklin Templeton | $3,297.72 |

9. No previous application has been made for the relief sought herein.

WHEREFORE, it is respectfully requested that the Debtors' claimed exemptions be limited to the dollar amount of the Debtors' have claimed exemption.

FORMAN HOLT ELIADES & RAVIN LLC
Attorneys for the Trustee

By:    */s/Kim R. Lynch*
Kim R. Lynch (KL-5866)

Dated: December 23, 2009

m:\cmf\lombardi-charles\exemptions\app.doc